UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gabe Gonzalez,

Plaintiff(s),

v.                                          Case No. 2:19–cv–13515–DPH–EAS
                                            Hon. Denise Page Hood
Jocelyn Benson,                             Magistrate Judge Elizabeth A. Stafford

Defendant(s).

_____

### NOTICE OF FILING FEE NOT PAID

Take notice that a new case has been filed that requires a filing fee and the filing fee has not been paid.*

If the filing fee is not received by the Clerk's Office within seven calendar days of this notice, or if an application to proceed *in forma pauperis* is not electronically filed within seven calendar days of this notice, this case may be dismissed.

s/ S. Schoenherr
Deputy Clerk

### Certification

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

s/ S. Schoenherr
Deputy Clerk

Dated:  December 13, 2019

* Note:  The filing fee for this case can no longer be paid online using CM/ECF.  Payment must be hand–delivered or mailed to the United States District Court, Eastern District of Michigan Clerk's Office, 231 W. Lafayette Boulevard, Detroit, MI 48226.