# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| GABE GONZALEZ, on behalf of himself and others similarly situated, | **Case No.** 19-13515 |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| JOCELYN BENSON, in her official capacity as Secretary of State of the Michigan Department of State, | Hon. Denise Page Hood |
| Defendant | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSIAL

Plaintiff GABE GONZALEZ hereby voluntarily dismisses this action Pursuant to FRCP 41(a)(1)(A)(i) WITHOUT PREJUDICE.

DATED:    January 28, 2020          Respectfully submitted,

/s/ William P. Tedards, Jr.
WILLIAM P. TEDARDS, JR.*
*Counsel of Record
1101 30th Street, NW, Suite 500
Washington, DC 20007
T: (202) 797-9135
E: BT@tedards.net
(DC 143636) (MI)

/s/ Alicia I. Dearn
ALICIA I. DEARN*
*Admission Pending
231 S. Bemiston Ave Ste 850 #56306
Saint Louis, MO 63105
T: (314) 526-0040
E: notices@bellatrixlaw.com

COUNSEL FOR PLAINTIFF