# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**Gabe Gonzalez,**

       **Plaintiff,**　　　　　　　　Case No. 19-13515

**vs.**　　　　　　　　　　　　　　HON. DENISE PAGE HOOD

**Jocelyn Benson,**

       **Defendant.**

_____/

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal on January 28, 2020, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

                                          s/Denise Page Hood  
                                          DENISE PAGE HOOD  
                                          Chief Judge

DATED: January 30, 2020